In the Matter of Charles Wolff, Deceased.— Decree affirmed, with costs to

---

* Revd., 253 N. Y. 498.

the respondents payable out of the estate. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.